IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| GORDIUM INNOVATIONS LLC,<br><br>  Plaintiff,<br><br>v.<br><br>TRANSITION NETWORKS, INC.<br><br>  Defendant. | Civil No. 14-3059 (JNE/JJK) |

### ORDER OF DISMISSAL

Plaintiff Gordium Innovations LLC ("Gordium") and Defendant Transition Networks, Inc. ("Transition Networks") have filed a Stipulation of Dismissal [Docket No. 25] in this action, in which Gordium has agreed to dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) all claims asserted against Transition Networks, with each party to bear its own attorneys' fees, expenses, and costs.  The parties have further stipulated and agreed to the entry of the following Order:

Accordingly, this action is hereby DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, expenses, and costs.  Judgment shall be entered accordingly.

SO ORDERED, this 25th day of November, 2014.

s/Joan N. Ericksen<br>
JOAN N. ERICKSEN<br>
United States District Judge